

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2014

No. 04-14-00066-CR

Jesse Joe **SALINAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-11-00098-CRK
Honorable Stella Saxon, Judge Presiding

# O R D E R

On March 4, 2014, Appellant filed several pro se documents including a motion for new trial, a motion for court-appointed counsel on his motion for new trial, a memorandum of law supporting his appeal, and an out-of-time notice of appeal.

Appellant is already represented in this appeal by court-appointed counsel: Richard Briggs, 7113 San Pedro Avenue, Box 312, San Antonio, Texas 78216.

Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001). Appellant's pro se motions are DENIED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2014.

Keith E. Hottle
Clerk of Court